**Elbert HICKS, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

**No. 2014–3017.**

United States Court of Appeals, Federal Circuit.

Nov. 26, 2014.

Elbert Hicks, Chesapeake, VA, pro se.

Daniel S. Herzfeld, Department of Justice, Washington, DC, for Respondent.

Before LOURIE, MOORE, and REYNA, Circuit Judges.

**ORDER**

**ON MOTION**

PER CURIAM.

The United States Postal Service moves without opposition to dismiss Elbert Hicks's appeal from the Merit Systems Protection Board ("Board").

Any petition for review of a Board decision must be filed within 60 days after the Board issues notice of its final order or decision. 5 U.S.C. § 7703(b)(1)(A). The petition for review must be received by this court before the expiration of

products that the Commission denied summary determination.

§ 7703(b)(1)(A)'s filing deadline. *Pinat v. Office of Pers. Mgmt.*, 931 F.2d 1544, 1546 (Fed.Cir.1991) (citing Fed. R.App. P. 15(a), 25(a)). The 60–day period for appeal is "statutory, mandatory, [and] jurisdictional." *Monzo v. Dep't of Transp.*, 735 F.2d 1335, 1336 (Fed.Cir.1984).

Mr. Hicks sought our review of Board adjudications in two separate cases. He failed to file a petition for review before the statutory deadline for either case. Because this court did not receive a timely-filed petition for review, we have no authority to decide his case.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted and the case is dismissed.

(2) Each side shall bear its own costs.